IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TERRY D. CHILDS,<br>[DOB:   01/21/1964]<br><br>        Defendant. | No. _____<br><br>**COUNT ONE:**<br>*Felon in Possession of Ammunition*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT:   10 Years' Imprisonment<br>NMT:   $250,000 Fine<br>NMT:   3 Years' Supervised Release<br>Class C Felony<br><br>Plus a $100 Special Assessment for each Count |

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*Felon in Possession of Ammunition*

On or about February 24, 2019, in the Western District of Missouri, the defendant, TERRY D. CHILDS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit: an RP .380 auto live round, two IK 03 7.65 x 17 live rounds, and a Winchester .38 live round, which had been transported in interstate commerce, in violation of the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

4/30/2021                                            */s/ Kathleen Shaw*
DATE                                                 FOREPERSON OF THE GRAND JURY

*/s/ Brandon E. Gibson*
Brandon E. Gibson
Special Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri